## Rust, et al. v. Carpenter.

(Decided June 19, 1914.)

## Appeal from Ballard Circuit Court.

Modification of Opinion.—The opinion in this action (158 Ky., 672) is modified to the extent of directing that the judgment for $115.55 go against appellant as administrator, the execution to be levied on the assets of the estate.

HENRY F. TURNER for appellants.

J. B. WICKLIFFE for appellee.

RESPONSE TO PETITION FOR REHEARING BY JUDGE SETTLE —Overruling.

So much of the opinion herein (158 Ky., 672), as directs that, upon the return of the cause to the circuit court, judgment be entered in appellee's favor against appellants for $115.55, is modified to the extent of directing that such judgment as to the appellant Will Rust go against him as administrator of the estate of Jake Rust, deceased, execution thereon to be levied of the assets of the estate, in his hands, unadministered. In other respects the petition for rehearing is overruled.